UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Jeremy R. Shlosser,<br><br>Debtor. | Case No. 18-30953-EDK<br>Chapter 7 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for United Bank to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

United Bank,
By its Attorney
/s/Richard T. Mulligan
_____
Richard T. Mulligan
BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: November 2, 2018



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| IN RE:<br><br>Jeremy R. Shlosser,<br><br>Debtor. | Case No. 18-30953-EDK<br>Chapter 7 |
|---|---|

CERTIFICATE OF SERVICE

      I, Richard T. Mulligan, state that on _November 2, 2018_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of United Bank using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Robert Lefebvre

Steven Weiss

Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Jeremy R. Shlosser
63 Clarendon Avenue
Chicopee, MA 01013

Jeremy R. Shlosser
17 Holly Street
Chicopee, MA 0103

                                              Respectfully submitted,

                                              United Bank,
                                              By its Attorney
                                              /s/Richard T. Mulligan
                                              _____

                                              Richard T. Mulligan
                                              BBO#  567602
                                              Harmon Law Offices, P.C.
                                              PO Box 610389
                                              Newton Highlands, MA 02461

                                          (617)558-0500  
                                        mabk@harmonlaw.com

Dated: November 2, 2018