# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

01/08/2019 GRANTED. ALL COMPENSATION AND EXPENSES ARE SUBJECT TO COURT APPROVAL.

Elizabeth D. Katz

| | |
|---|---|
| **In re:** | |
| **SHLOSSER, JEREMY R** | **Chapter 7** |
| | **Case No.:  18-30953-EDK** |
| **Debtor(s)** | |

## APPLICATION TO EMPLOY COUNSEL

TO THE HONORABLE ELIZABETH D. KATZ, Bankruptcy Judge:

The Applicant, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., respectfully represents:

1.    That he is the duly appointed, qualified and acting Chapter 7 Trustee in Bankruptcy in the above-entitled proceeding.

2.    That your Applicant may require the services of counsel for the following reasons:

A.    To undertake appropriate legal action for sale of assets of the estate and to commence any and all legal actions required in connection therewith;

B.    To prepare and execute all legal instruments required to effect sales of certain estate assets as may be allowed by this Court;

C.    To undertake legal action as may be required to determine the perfection of or priority of secured claims in and to the assets or proceeds of the Debtor's property;